

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00458-CV

**IN THE INTEREST OF C.F.N.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01576
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.

No costs of appeal are assessed because appellant is indigent.

SIGNED October 28, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice